IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LISA BLAKE                                                                                    PLAINTIFF


v.                                              CIVIL NO. 22-6006


KILOLO KIJAKAZI, Acting Commissioner
Social Security Administration                                                DEFENDANT

## J U D G M E N T

 For reasons stated in the memorandum opinion of this date, the Court hereby affirms the

decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have sixty**

**days from entry of the judgment on the docket in which to appeal.**

 IT IS SO ORDERED AND ADJUDGED this 27th day of April 2023.


/s/ *Christy Comstock*

HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE